IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HODES & NAUSER, MDs, P.A. et al, ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | |
| ROBERT MOSER, M.D. at al, ) | Case No. 2:11-CV-02365-CM-KMH |
| Defendants. ) | |
| ) | |

**STIPULATION WITHDRAWING PLAINTIFFS' MOTION FOR PROTECTIVE ORDER AND LIMITING DISCOVERY OF MEDICAL RECORDS**

On August 15, 2011, Plaintiffs filed a Motion for Protective Order seeking to prevent discovery of patients' medical records. On August 22, 2011, Defendants filed their opposition to the motion, and therein indicated their disinterest in pursuing the challenged discovery. The parties' attorneys subsequently conferred about Plaintiffs' Motion for Protective Order, and have been able to reach an agreement that obviates the need for the Court to decide the motion.

The parties, by and through counsel, hereby stipulate and agree as follows:

1.   Defendants withdraw their request (reflected in the Report of Parties' Planning Conference) that Plaintiffs' search for potentially relevant electronically stored information (ESI) include patient medical records, and Defendants agree that patient medical records will not be included in the ESI search conducted by Plaintiffs;

2.   Defendants agree not to serve any discovery request upon Plaintiffs seeking production of patient medical records or the disclosure of information only available through the retrieval and review of patient medical records without first conferring with Plaintiffs' counsel

and obtaining Plaintiffs' consent and, in the event such consent is denied, seeking leave of the Court to serve the proposed discovery request;

3. Plaintiffs withdraw their motion for protective order, without prejudice to re-filing the motion at a later time if Plaintiffs deem that action necessary based on discovery sought by Defendants.

Dated:  August 26, 2011

Respectfully submitted,

The Woody Law Firm PC

s/ Teresa Woody
Teresa A. Woody, KS Bar #16949
1621 Baltimore Ave.
Kansas City, MO 64108
(816) 421-4246 Phone
(816) 471-4883 Fax
teresa@woodylawfirm.com


Bonnie Scott Jones*
Kara Loewentheil*
Center for Reproductive Rights
120 Wall Street, 14th Floor
New York, NY 10005
(917) 637-3600
(917) 637-3666 Fax
bjones@reprorights.org
kloewentheil@reprorights.org

* admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS HODES AND NAUSER, MDS., P.A., DR. HODES AND DR. NAUSER

Cheryl Pilate
Morgan Pilate LLC
142 N. Cherry
Olathe, KS 66601

(913) 829-6336
(913) 829-6446 Fax
cpilate@morganpilate.com

ATTORNEY FOR PLAINTIFFS-
INTERVENORS AID FOR WOMEN
AND DR. YEOMANS

s/ Todd Thompson
Todd N. Thompson
Robert W. Ramsdell
Sarah E. Warner
Stephen R. McAllister
Thompson, Ramsdell & Qualseth, P.A.
333West Ninth Street
Lawrence, KS 66044

Jeffrey A. Chaney
Steve R. Fabert
Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF filing system on August 26, 2011, which system sent notification of such filing electronically to the following counsel of record:

Todd N. Thompson
Robert W. Ramsdell
Sarah E. Warner
Stephen R. McAllister
Thompson, Ramsdell & Qualseth, P.A.
333West Ninth Street
Lawrence, KS 66044

Jeffrey A. Chaney
Steve R. Fabert
Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612

ATTORNEYS FOR DEFENDANTS

Thomas M. Dawson
KS Bar No. 6599
2300 South 4th Street
Leavenworth, KS 66048

Andrew L. Schlafly
Attorney at Law
N.J. Bar No. 04066-2003
939 Old Chester Rd.
Far Hills, NJ 07931

ATTORNEYS FOR MOVANT APPLOG

                                            s/ Teresa Woody _____
ATTORNEYS FOR PLAINTIFFS HODES AND NAUSER, MDS., P.A., DR. HODES AND DR. NAUSER

4